IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05cr235-V

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) ORDER |
| EDWARD RYAN ISAAC CHANDLER (8) | ) |

**THIS MATTER** is before the Court upon motion of Defendant to continue this case from the 7 November 2005 term in the Statesville Division.

Upon consideration of Defendant's Motion to Continue, the Court must <u>deny</u> the Defendant's Motion to Continue on the ground that he failed conclusively to establish no good cause to continue this case from the calendar. **IT IS, THEREFORE, ORDERED** that Defendant's motion to continue is hereby **DENIED**.

**THIS** the 2nd day of November 2005.

*/s/ Richard L. Voorhees*
RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE